UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

                  Plaintiff,

-against-

BALTIMORE AMERICAN MORTGAGE
CORPORATION, INC.

                  Defendant.

Civ. No.



07 CIV 4109

## EXPLANATION OF RELATEDNESS

Pursuant to Rule 15 of the Rules for the Division of Business Among District Judges, this case is related to Case No. 07-4106 pending before District Judge Cote. This case is filed by the same plaintiff and asserts the same claims against a different, but similarly situated defendant, pursuant to the same or similar provisions of a nearly-identical contract. The subject matter of the cases – the defendant's obligation to repurchase mortgage loans purchased by plaintiff – is identical. Therefore, assigning this case as a related case to District Judge Cote will result in substantial judicial economy and saving of judicial resources.

RECEIVED MAY 25 2007 U.S.D.C. S.D.N.Y. CASHIERS