AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

DB STRUCTURED PRODUCTS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BALTIMORE AMERICAN MORTGAGE CORPORATION

**07 CIV 4109**

TO: (Name and address of defendant)

BALTIMORE AMERICAN MORTGAGE CORPORATION
7484 Candlewood Road
Hanover, Maryland 21076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____**TWENTY**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 5 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                                                    Signature of Server

                                                                      _____
                                                                      Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B 151 — Affidavit of Service of Summons or Subpoena; Personal or Alternative Methods: Corp. or Ind.; Military Service. 10 pt. type, 1-95

Blumberg Law Products                                            PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| COUNTY OF | | Index No. 07 CV 4109 |

DB STRUCTURED PRODUCTS, INC.

*Plaintiff(s)*

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

against

BALTIMORE AMERICAN MORTGAGE CORPORATION, INC.

*Defendant(s)*

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ MARYLAND COUNTY OF HARFORD    SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ☒ IN THE STATE OF MARYLAND

That on 6/5/07    at 1:29 PM., at 7484 CANDLEWOOD ROAD, HANOVER, MARYLAND, SUITE BJ deponent served the within summons, and complaint on    defendant therein named,

SEE ATTACHED RIDER    BALTIMORE AMERICAN MORTGAGE CORPORATION, INC.
BY SERVING REGISTERED AGENT
DONALD J. ORDAKOWSKI, JR.

**INDIVIDUAL 1. ☒** by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☐** a    corporation, by delivering thereat a true copy of each to    personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be    thereof.

**SUITABLE AGE PERSON 3. ☐** by delivering thereat a true copy of each to    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3 ☒**

☒ Male        ☒ White Skin       ☐ Black Hair      ☐ White Hair     ☐ 14-20 Yrs.    ☐ Under 5'       ☐ Under 100 Lbs.
☐ Female      ☐ Black Skin       ☐ Brown Hair      ☐ Balding        ☐ 21-35 Yrs.    ☐ 5'0"-5'3"      ☐ 100-130 Lbs.
              ☐ Yellow Skin      ☐ Blonde Hair     ☐ Mustache       ☐ 36-50 Yrs.    ☐ 5'4"-5'8"      ☐ 131-160 Lbs.
              ☐ Brown Skin       ☒ Gray Hair       ☐ Beard          ☒ 51-65 Yrs.    ☒ 5'9"-6'0"      ☐ 161-200 Lbs.
              ☐ Red Skin         ☐ Red Hair        ☐ Glasses        ☐ Over 65 Yrs.  ☐ Over 6'        ☒ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT. ☐** The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE ☐** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ANDRE S. POWELL

License No. _____

Sworn to before me on June 19, 2007

*Betty A. Brown*

Betty A. Brown
My Commission Expires: 12/1/07

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X   Case No. 07 CV 4109
DB STRUCTURED PRODUCTS, INC.

                                                Plaintiff,           **RIDER TO**
           vs.                                                                **AFFIDAVIT OF**
                                                                                      **SERVICE**

BALTIMORE AMERICAN
MORTGAGE CORPORATION, INC.
                                                Defendants.
-------------------------------------------------------------------- X

List Of Documents Served:

- Summons In A Civil Case

- Complaint With Exhibits 1-3

- Explanation Of Relatedness

- Statement Pursuant To Rule 7.1 Of The Federal Rules Of Civil Procedure

- Civil Cover Sheet

- Individual Practices In Civil Cases Denise Cote, United States District Judge

- Individual Rules Of Practice Of Judge Kevin Nathaniel Fox

- Procedures For Electronic Case Filing

- Guidelines For Electronic Case Filing

- 3rd Amended Instructions For Filing An Electronic Case Or Appeal