UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

-against-

BALTIMORE AMERICAN MORTGAGE
CORPORATION, INC.

                Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4109 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

     JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

     On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                  Arnold Goldstein
                                  Arnold S. Goldstein & Associates, LLC
                                  2500 N. Military Trail Suite 260
                                  Boca Raton, Fl 33431-6320

                                  _____
                                  JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

_____
Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011