UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.,                    Docket No. 07 Civ 4109

                Plaintiff,

against

BALTIMORE AMERICAN MORTGAGE
CORPORATION, INC.

                Defendant.

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Defendant BALTIMORE AMERICAN MORTGAGE CORPORATION, INC., pursuant to F. R. Civ. P. 7.1 states as follows:

BALTIMORE AMERICAN MORTGAGE CORPORATION, INC. has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  Fishkill, New York
         July 16, 2007

                              WARREN WYNSHAW, ESQ.
                              (WW-3122)
                              Warren Wynshaw, P. C.
                              2 Summit Court, #302
                              Fishkill, New York 12524
                              845-896-3100
                                    Attorney for Defendant