UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,            )   **ECF CASE**
               Plaintiff,          )
                                   )   07 Civ. 4109 (DLC)
   -against-                            )
                                   )   **AFFIDAVIT OF SERVICE**
BALTIMORE AMERICAN MORTGAGE              )
CORPORATION, INC.                        )
               Defendant.          )
-----------------------------------------------------------x

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

     JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

     On July 25, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                             Warren Wynshaw, Esq.
                             Warren Wynshaw, P. C.
                             2 Summit Court, #302
                             Fishkill, NY 12524

                             _____
                             JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
25 day of July 2007

_____
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010