Duplicate  Original

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,             :
                                          :    07 CIV. 4106(DLC)
                    Plaintiff,            :    (KNF)*
                                          :
        -v-                               :
                                          :        ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,    :    REFERENCE TO A
d/b/a ZONE FUNDING,                       :    MAGISTRATE JUDGE
                    Defendant.            :
------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4109
                                          :
        -v-                               :
                                          :
BALTIMORE AMERICAN MORTGAGE               :
CORPORATION, INC.,                        :
                    Defendant.            :
------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4115
                                          :
        -v-                               :
                                          :
FIRST CAPITAL MORTGAGE CORP.,             :
                                          :
                    Defendant.            :
------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :    07 CIV. 4116
                    Plaintiff,            :
                                          :
        -v-                               :
                                          :
ACT LENDING CORPORATION,                  :
                                          :
                    Defendant.            :
------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4118
                                          :
        -v-                               :
                                          :
COMMONSENSE MORTGAGE CORPORATION, INC.,   :
                                          :
                    Defendant.            :
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

1

```
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4119
                                     :
        -v-                          :
                                     :
LENDER, LTD.,                        :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4120
                                     :
        -v-                          :
                                     :
MARIBELLA MORTGAGE, LLC,             :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4121
                                     :
        -v-                          :
                                     :
LANCASTER MORTGAGE BANKERS, LLC,     :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :   07 CIV. 4122
                Plaintiff,           :
                                     :
        -v-                          :
                                     :
GREAT NORTHERN FINANCIAL GROUP, INC.,:
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4123
                                     :
        -v-                          :
                                     :
INVESTAID CORPORATION,               :
                                     :
                Defendant.           :
------------------------------------ :
```

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :     07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :     07 CIV. 4125
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :     07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :     07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

Purpose: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Habeas Corpus

**X** Settlement*

_____ Social Security

___ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
         August 10, 2007

                                    /s/ Denise Cote
                                    DENISE COTE
                                    United States District Judge

4