USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., : | |
| Plaintiff, : | **ORDER** |
| -against- : | 07 Civ. 4106 (DLC)(KNF) |
| MORTGAGE CORP. OF AMERICA, INC., : d/b/a/ ZONE FUNDING, | |
| : | |
| Defendant. : | |
| ----------------------------------------------------------- : | |
| DB STRUCTURED PRODUCTS, INC., : | |
| Plaintiff, : | |
| -against- : | |
| : | 07 Civ. 4109 (DLC)(KNF) |
| BALTIMORE AMERICA MORTGAGE CORP., INC., | |
| : | |
| Defendant. : | |
| ----------------------------------------------------------- | |
| DB STRUCTURED PRODUCTS, INC., : | |
| Plaintiff, : | |
| -against- : | |
| : | 07 Civ. 4115 (DLC)(KNF) |
| FIRST CAPITAL MORTGAGE CORP., : | |
| Defendant. : | |
| ----------------------------------------------------------- | |
| DB STRUCTURED PRODUCTS, INC., : | |
| Plaintiff, : | |
| -against- : | |
| : | 07 Civ. 4116 (DLC)(KNF) |
| PRAJNA GROUP, INC. d/b/a LIBERTY MORTGAGE FUNDING, : | |
| Defendant. : | |
| ----------------------------------------------------------- : | |

```
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,        :

                  Plaintiff,         :

         -against-                   :
                                            07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                   :

                  Defendant.         :
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,        :

                  Plaintiff,         :

         -against-                   :
                                            07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,    :

                  Defendant.         :
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,        :

                  Plaintiff,         :

         -against-                   :
                                            07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                        :

                  Defendant.         :
------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,        :

                  Plaintiff,         :

         -against-                   :
                                            07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,              :

                  Defendant.         :
------------------------------------------------------
```

------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

             Plaintiff,             :

          -against-              :
                                        07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTAGE BANKERS, LLC,          :

            Defendant.             :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

             Plaintiff,             :

          -against-              :
                                        07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,          :
INC.,
            Defendant.             :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

             Plaintiff,             :

          -against-              :
                                        07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                   :

            Defendant.             :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

             Plaintiff,             :

          -against-              :
                                        07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.,           :

            Defendant.             :
------------------------------------------------------------

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                Plaintiff,                   :

        -against-                            :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,             :
INC.,
                                             :
                Defendant.
---------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :      07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,

                                             :
                Defendant.
------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

   IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be

initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       August 27, 2007                          SO ORDERED:

                                                _/s/ Kevin Nathaniel Fox_____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE