**Thacher Proffitt**

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.8388
jkozar@tpw.com
Admitted in NY, NJ

[Stamp: NOV 13 2007]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # ____ DATE FILED: 11/15/07]

November 9, 2007

Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Mediation: *DB Structured Products, Inc. v. Baltimore American Mortgage Corporation, Inc.*
Case Number: 07 CV 4109 (DLC)(KNF)
Current Mediation Date: November 13, 2007 at 10:30 a.m.

Dear Judge Fox,

We write with the consent of Defendant's counsel to request an adjournment of the above-referenced settlement conference currently scheduled for next Tuesday, November 13, 2007 at 10:30 a.m. This afternoon, we learned that our client, DB Structured Products, Inc., will be unable to attend the settlement conference on this date. We have also been informed that a third party is currently considering buying the loans at issue in the underlying dispute between the parties, and such a purchase could obviate the need for a settlement conference if the terms of purchase are acceptable to both Plaintiff and Defendant. For these reasons, we ask that the settlement conference be rescheduled for early December 2007.

We have spoken with Defendant's counsel, Warren Wynshaw, P.C., and have learned that Mr. Warren Wynshaw is amenable to rescheduling this settlement conference for either December 7, 2007 or December 14, 2007. These dates are also acceptable to us, and we ask that the settlement conference be rescheduled for either of these dates.

*[Handwritten:]* 11/13/07
Application granted. The settlement conference will be held on December 10, 2007, at 10:30 a.m.

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

New York, NY    Washington, DC    White Plains, NY    Summit, NJ    México City, México