UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | Docket Number: |
| Plaintiff, | 07 Civ. 4109 (DLC) |
| against | |
| BALTIMORE AMERICAN MORTGAGE CORPORATION, INC., | |
| Defendant. | |

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

| | |
|---|---|
| MOTION BY: | Warren Wynshaw, Esq., Attorney for Defendant. |
| DATE, TIME AND PLACE OF HEARING: | April 4, 2008 at 10:00 A.M. before Judge Denise L. Cote, Room 500 Pearl Street, Room 1040, Courtroom 11B, New York, New York or as soon thereafter as court may allow. |
| SUPPORTING PAPERS: | Affirmation of Warren Wynshaw, Esq., dated March 13, 2008. |
| RELIEF DEMANDED: | Order granting motion to be relieved as counsel and for such other and further relief as to the Courts may seem just. |

Dated:   Fishkill, New York
         March 13, 2008

/S/ WARREN WYNSHAW
Warren Wynshaw, Esq.
(WW-3122)
WARREN WYNSHAW, P.C.
2 Summit Court, #302
Fishkill, New York 12524
845-896-3100                                    Attorney
        for Defendant

To:

Christopher A. Lynch, Esq.
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281
        Attorneys for Plaintiff

Baltimore American Mortgage Corporation
7484 Candlewood Road
Hanover, Maryland 21076

Scott Dantuma
(Via email to: sdantuma@comcast.net)