UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.,                    Docket No. O7 Civ 4109
                                                  (DLC)
                          Plaintiff,

        against

BALTIMORE AMERICAN MORTGAGE                      **ORDER GRANTING**
CORPORATION, INC.,                               **MOTION TO BE**
                                                  **RELIEVED AS COUNSEL**
                          Defendant.

        UPON the motion brought on by motion to be relieved as counsel dated March 13,

27, 2008 made by Warren Wynshaw, P. C. to be relieved as counsel, and the affirmation

of Warren Wynshaw, Esq. dated March 13, 2008 annexed thereto; and the motion having

come on to be heard, and there being no opposition to said motion on the return date

thereof, and this Court having given due deliberation on said motion; it is

        ORDERED that the motion made by Warren Wynshaw, P. C. is hereby GRANTED

and Warren Wynshaw, P.C. is hereby permitted to withdraw as counsel of record for the

defendant; and it is further

        ORDERED that all proceedings in this action be stayed for a period of thirty (30)

days to permit defendant to retain new counsel.

ENTER:

                                    _____
                                    HON. DENISE COTE
                                    UNITED STATES DISTRICT JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF NEW YORK

1