DB Structured Products, Inc. v. Baltimore American Mortgage Corporation, Inc.
Case No. 07 CV 4109 (DLC)(KNF)

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
COUNTY OF DUTCHESS ) ss.:

KAREN M. SANTUCCI, being duly sworn, deposes and says:

That I am over eighteen years of age and am not a party to the above entitled action and I reside in Dutchess County.

That on **March 13, 2008** I served the within **Notice of Motion to be Relieved as Counsel** by email only to Scott Dantuma and by emailing and depositing a true copy of the same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Baltimore American Mortgage Corporation
7484 Candlewood Road
Hanover, Maryland 21076

Scott Dantuma
(via email to:  sdantuma@comcast.net)

/s/ Karen M. Santucci
KAREN M. SANTUCCI

Sworn to before me on
March 13, 2008

/s/ Warren Wynshaw
Warren D. Wynshaw
Notary Public, State of New York
No. 02WY4652795
Qualified in Dutchess County
Commission Expires 8/31/09