```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :
                                         :
        -v-                              :     07 Civ. 4109 (DLC)
                                         :
BALTIMORE AMERICAN MORTGAGE              :          ORDER
CORPORATION, INC.,                       :
                    Defendant.           :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

DENISE COTE, District Judge:

On March 13, 2008, Warren Wynshaw, counsel for the defendant Baltimore American Mortgage Corporation, filed an unopposed motion to withdraw as counsel. Corporations must be represented by an attorney in federal court. <u>Pridgen v. Andresen</u>, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that Mr. Wynshaw's motion to withdraw is granted.

IT IS FURTHER ORDERED that an attorney must file a notice of appearance for defendant Baltimore American Mortgage Corporation on or before April 7, 2008. If no attorney files a notice of appearance on behalf of the defendant by that date, judgment against them may be entered by default.

IT IS FURTHER ORDERED that Mr. Wynshaw shall immediately provide the defendant with all discovery materials, pleadings, and motion papers in this action, and a copy of this Order.

IT IS FURTHER ORDERED that the pre-trial conference originally scheduled for March 28, 2008, is adjourned to April 10, 2008, at 11 a.m.

SO ORDERED:

Dated:   New York, New York
         March 19, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge