UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.,

    Plaintiff,

-against-

BALTIMORE AMERICAN MORTGAGE CORPORATION, INC.,

    Defendant.

ECF CASE

07 Civ. 4109 (DLC)

**CLERK'S CERTIFICATE**

---

    I., J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 25, 2007 with the filing of a Complaint; a copy of the Summons and Complaint was served on Defendant Baltimore American Mortgage Corporation, Inc. on June 5, 2007 by serving Defendant's registered agent, Donald J. Ordakowski, Jr., 7484 Candlewood Road, Hanover, Maryland, Suite BJ; proof of such service was filed on June 20, 2007; Defendant filed its Answer to the Complaint on July 16, 2007; and pursuant to the Court's order, dated March 19, 2008, an attorney must file a notice of appearance for defendant Baltimore American Mortgage Corporation, Inc. on or before April 7, 2008 or Defendant may have a default judgment entered against them.

    I further certify that no attorney has filed an appearance in this case on behalf of Defendant and the time within which counsel must file a notice of appearance has now expired. The default of the Defendant is hereby noted.

Dated: New York, New York
       April 9, 2008

                                          J. MICHAEL MCMAHON
                                          Clerk of the Court

                             By: _____
                                              Deputy Clerk