```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
DB STRUCTURED PRODUCTS, INC.,          :
                        Plaintiff,     :
                                       :
         -v-                           :     07 Civ. 4109 (DLC)
                                       :
BALTIMORE AMERICAN MORTGAGE CORPORATION,:     ORDER
INC.,                                  :
                        Defendant.     :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

DENISE COTE, District Judge:

On March 13, 2008, Warren Wynshaw, counsel for the defendant Baltimore American Mortgage Corporation ("Baltimore American"), filed an unopposed motion to withdraw as counsel. The motion was granted by an Order dated March 19, 2008. The Order informed Baltimore American that corporations must be represented by an attorney in federal court, and that if no attorney filed a notice of appearance on their behalf by April 7, 2008, a default judgment would be entered against it. No notice of appearance having been filed, it is hereby

ORDERED that a default is entered against the defendant.

IT IS FURTHER ORDERED that the action will be referred to the Magistrate Judge for an inquest as to damages.

SO ORDERED:

Dated:   New York, New York
         April 11, 2008

                                _____
                                       DENISE COTE
                                United States District Judge