UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
                                             :
DB STRUCTURED PRODUCTS, INC.,                :
                            Plaintiff,       :
                                             :
              -v-                            :
                                             :
BALTIMORE AMERICAN MORTGAGE CORPORATION,     :
INC.,                                        :
                            Defendant.       :
---------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08
```

07 Civ. 4109
(DLC)(KNF)

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

DENISE COTE, District Judge:

     The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes        ___ Consent under 28 U.S.C. §
    scheduling, discovery, non-           636(c) for all purposes
    dispositive pretrial motions,         (including trial)
    and settlement)

___ Specific Non-Dispositive          ___ Consent under 28 U.S.C. §
    Motion/Dispute*                       636(c) for limited purpose
                                          (e.g., dispositive motion,
    _____           preliminary injunction)
                                          Purpose:
    _____           _____

    If referral is for discovery     ___ Habeas Corpus
    disputes when the District
    Judge is unavailable, the
    time period of the referral:

    _____

___ Settlement*                       ___ Social Security

_X_ Inquest After Default/Damages     ___ Dispositive Motion (i.e.,
    Hearing                               motion requiring a Report
                                          and Recommendation)
                                          Particular Motion:
                                          _____

     SO ORDERED:

Dated:    New York, New York
          April 11, 2008

                                        _____
                                             DENISE COTE
                                        United States District Judge