UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

     -against-

BALTIMORE AMERICAN MORTGAGE
CORPORATION, INC.

                Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4109 (DLC)(KNF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

     CHRISTOPHER A. LYNCH, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

     On April 28, 2008, deponent served a copy of the Order of United States Magistrate Judge Kevin Nathaniel Fox, dated April 21, 2008, by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

        Baltimore American Mortgage         Xylen Corporation
        Corporation, Inc.                         Attn: Scott Dantuma
        7484 Candlewood Road             7484 Candlewood Road
        Hanover, Maryland 21076          Suite F
                                                            Hanover, Maryland 21076

                                                                       */s/ Christopher A. Lynch*
                                                                       CHRISTOPHER A. LYNCH

Sworn to before me this
28th day of April 2008

*/s/ Jonathan E. Wilson*
Notary Public

                                     JONATHAN E. WILSON
                                 Notary Public, State of New York
                                        No. 01WI6091214
                                   Qualified in Bronx County
                              Certificate Filed in New York County
                             Commission Expires April 28, 2011