UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

          -against-

BALTIMORE AMERICAN MORTGAGE
CORPORATION, INC.,

                Defendant.

**ECF CASE**

**07 Civ. 4109 (DLC)(KNF)**

**<u>DECLARATION OF BRENDAN ZAHNER</u>**

I hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am an associate at Thacher Proffitt & Wood LLP, counsel for Plaintiff. I have never been subject to disciplinary proceedings or received any professional censure in connection with the practice of law.

2.      Attached hereto as Exhibit A is a copy of the Seller Loan Purchase Agreement dated July 29, 2004 between Plaintiff and Defendant.

3.      Attached hereto as Exhibit B is a copy of Plaintiffs' First Set of Requests for Admissions and Defendant's Responses to Plaintiffs' First Set of Requests for Admissions.

4.      Attached hereto as Exhibit C is a schedule of the loans that are the subject of this case.

5.      Attached hereto as Exhibit D is a copy of the Deutsche Bank Correspondent Lending Seller Guide.

I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/ Brendan Zahner
                                          BRENDAN ZAHNER

Executed on May 21, 2008