# EXHIBIT C

| SETTLE DATE: | 5/31/2008 |
|---|---|
| UPB | 1,767,732.19 |
| Interest | 202,873.28 |
| Premium Recapture | 20,426.39 |
| Total Purchase | 1,991,035.86 |

PLEASE NOTE ESCROW AND CORPORATE ADVANCES ARE NOT INCLUDED IN THE WIRE AMOUNT REQUESTED
DEUTSCHE BANK AT THE TIME OF REPURCHASE IS ENTITLED TO RECOUP ALL ADVANCES

| Seller Loan No. | CUSIP | Seller Loan Number | Servicer Loan No. | Servicer | BORROWER'S NAME | PAID TO DATE | NEXT DUE DATE | SETTLE DATE | DAYS | UPB | Price | Interest Rate | INTEREST DUE DB | PREMIUM RECAP | Total to Repurchase | Per diem Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1117774743 | 111348207 | 13568 | 7946221 | OCWEN FEDERAL BANK, FSB | MONROE, DEMETRIA | 9/1/2006 | 10/1/2006 | 5/31/2008 | 638 | 284,400.00 | 99.982% | 7.00% | 35,281.40 | - | $319,681.40 | 55.30 |
| 1117774744 | 111348215 | 13569 | 7946239 | OCWEN FEDERAL BANK, FSB | MONROE, DEMETRIA | 2/1/2007 | 3/1/2007 | 5/31/2008 | 485 | 70,887.18 | 99.712% | 12.00% | 11,460.09 | - | $82,347.27 | 23.63 |
| 1111921946 | 111351771 | 13556 | 20007670 | OCWEN | BUTA, DAVID | 12/1/2006 | 1/1/2007 | 5/31/2008 | 547 | 29,899.61 | 99.316% | 12.00% | 5,451.70 | - | $35,351.31 | 9.97 |
| 1108136424 | 111329108 | 11622 | 7612336 | OCWEN | HECTOR, PHYLLIS | 12/1/2005 | 1/1/2006 | 5/31/2008 | 912 | 44,318.59 | 100.710% | 9.99% | 11,216.15 | 314.66 | $55,849.40 | 12.30 |
| 1111177577 | 111334652 | 12682 | 7715261 | OCWEN | MCINTYRE, EDWARD | 2/1/2006 | 3/1/2006 | 5/31/2008 | 850 | 43,606.15 | 99.530% | 12.50% | 12,869.87 | - | $56,476.02 | 15.14 |
| 1112256371 | 111362679 | 1717W | 80134935 | OCWEN FEDERAL BANK, FSB | OGUNREMI, SILIFAT | 7/1/2006 | 8/1/2006 | 5/31/2008 | 700 | 93,956.69 | 99.250% | 12.99% | 23,731.89 | - | $117,688.58 | 33.90 |
| 1112735608 | 111370706 | 227W5 | 359320979 | GMAC | ROBINSON, THOMAS | 6/1/2007 | 7/1/2007 | 5/31/2008 | 365 | 23,649.05 | 98.897% | 13.00% | 3,117.08 | - | $26,766.13 | 8.54 |
| 1112256381 | 111362679 | 198W5 | 80135031 | OCWEN FEDERAL BANK, FSB | SMITH, BLOSSOM | 6/1/2006 | 7/1/2006 | 5/31/2008 | 730 | 47,088.28 | 99.250% | 12.63% | 12,054.93 | - | $59,143.21 | 16.51 |
| 1116535509 | 111344826 | 27565 | 7900921 | OCWEN FEDERAL BANK, FSB | HALL, NEIL | 3/1/2008 | 4/1/2008 | 5/31/2008 | 91 | 31,796.17 | 99.359% | 12.50% | 1,004.67 | - | $32,800.84 | 11.04 |
| 1126885803 | 111384269 | 1000013744 | 1158054023 | WELLS FARGO SERVICER | TORRY, MARRIETT | 3/1/2008 | 4/1/2008 | 5/31/2008 | 91 | 175,132.03 | 97.325% | 8.25% | 3,652.23 | - | $178,784.26 | 40.13 |
| 1123546418 | 111372736 | 1000008312 | 20112934 | OCWEN FEDERAL BANK, FSB | GONNELLA, COREY | 4/1/2007 | 5/1/2007 | 5/31/2008 | 426 | 182,400.00 | 102.125% | 9.00% | 19,425.60 | 3,876.00 | $205,701.60 | 45.60 |
| 1123593611 | 111372744 | 1000008371 | 20112959 | OCWEN FEDERAL BANK, FSB | GONNELLA, COREY | 5/1/2007 | 6/1/2007 | 5/31/2008 | 396 | 45,478.44 | 100.000% | 13.25% | 6,628.48 | - | $52,106.92 | 16.74 |
| 1105764416 | 111324935 | 6957 | 7502529 | OCWEN FEDERAL BANK, FSB | HAWKINS, MICHAEL | 1/1/2008 | 2/1/2008 | 5/31/2008 | 151 | 199,200.00 | 101.546% | 7.25% | 6,057.62 | 3,080.00 | $208,337.62 | 40.12 |
| 1121169191 | 111359972 | 230W4 | 1158046091 | WELLS FARGO SERVICER | WELLS, DAVID | 3/1/2007 | 4/1/2007 | 5/31/2008 | 457 | 376,000.00 | 102.660% | 7.38% | 35,201.69 | 10,001.60 | $421,203.29 | 77.03 |
| 1119219451 | 111351763 | 13555 | 20007662 | OCWEN FEDERAL BANK, FSB | BUTA, DAVID | 12/1/2006 | 1/1/2007 | 5/31/2008 | 547 | 119,920.00 | 102.630% | 8.63% | 15,724.88 | 3,154.13 | $138,799.00 | 28.75 |
| | | | | | | | | | | | | | | | $1,991,036.86 | 434.70 |