UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>BALTIMORE AMERICAN MORTGAGE CORPORATION, INC.,<br><br>Defendant. | ECF CASE<br><br>07 Civ. 4109 (DLC)(KNF)<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that on May 21, 2008, I served a copy of Plaintiff DB Structured Products, Inc.'s: (i) Inquest Memorandum; (ii) Proposed Findings of Fact; (iii) Proposed Conclusions of Law; (iv) Declaration of Brendan Zahner; (v) Declaration of John P. Doherty with Respect to Attorneys Fees and Costs; and (vi) Declaration of James D. Campbell in Support of Damages, upon:

> Baltimore American Mortgage Corporation, Inc.
> 7484 Candlewood Road
> Hanover, Maryland 21076

> and

> Xylen Corporation
> Attn: Scott Dantuma
> 7484 Candlewood Road, Suite F
> Hanover, Maryland 21076

by depositing a true and correct copy of the same into the custody of the United State Postal Service, enclosed in properly addressed postage paid wrappers.

*/s/ Mary H. Mulhearn*
Mary H. Mulhearn